## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT, ) | |
| on behalf of Plaintiff and the class ) | |
| members described herein, ) | |
| ) | Case No.: 1:23-cv-01786-JRS-MG |
| Plaintiff, ) | |
| ) | Judge James R. Sweeney II |
| v. ) | Magistrate Judge Mario Garcia |
| ) | |
| GREEN ARROW SOLUTIONS, d/b/a ) | |
| GREEN ARROW LOANS; ) | |
| INTEGRA FINANCIAL SERVICES, ) | |
| LLC; NEVADA IMPACT ) | |
| MANAGEMENT, LLC; ) | |
| DAN SHAW; GREG JONES; ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Sarah Rehfeldt and Defendants Integra Financial Services, LLC, Nevada Impact Management, LLC, Dan Shaw, and Greg Jones submit this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next sixty days. The parties respectfully request that all deadlines be stayed while they negotiate a written settlement agreement.

Dated: January 3, 2024                                               Respectfully submitted,

*/s/ Matthew J. Goldstein*                                        */s/ Mark E. Rooney*
Matthew J. Goldstein                                                Mark E. Rooney (Bar No. 979097)
EDELMAN, COMBS, LATTURNER                       HUDSON COOK LLP
    & GOODWIN, LLC                                               1909 K Street, NW
20 South Clark Street, Suite 1500                               Fourth Floor
Chicago, IL 60603-1824                                             Washington, DC 20006
(312) 739-4200                                                           Telephone: 202-715-2015
(312) 419-0379 (FAX)                                                Email: mrooney@hudco.com
mgoldstein@edcombs.com
courtecl@edcombs.com                                           *Counsel for Defendants Integra Financial*
                                                                                *Services, LLC, Nevada Impact Management,*
*Counsel for Plaintiff*                                                 *LLC, Dan Shaw, and Greg Jones*

1

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Wednesday, January 3, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to counsel of record.

                                              */s/Matthew J. Goldstein*
                                               Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com