# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT, on behalf of Plaintiff and the class members described herein, | )<br>)<br>) |
| Plaintiff, | )   Case No.: 1:23-cv-01786-JRS-MG<br>)<br>)   Judge James R. Sweeney II |
| v. | )   Magistrate Judge Mario Garcia<br>) |
| GREEN ARROW SOLUTIONS, d/b/a GREEN ARROW LOANS; INTEGRA FINANCIAL SERVICES, LLC; NEVADA IMPACT MANAGEMENT, LLC; DAN SHAW; GREG JONES; JOHN DOES 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AS TO PLAINTIFF AND DEFENDANT GREEN ARROW SOLUTIONS

Plaintiff Sarah Rehfeldt ("Plaintiff") and Defendant Green Arrow Solutions d/b/a Green Arrow Loans ("Green Arrow") submit this notice to inform the Court that the settlement reported at ECF 22 will also resolve Plaintiff's claims with respect to Green Arrow. Accordingly, Plaintiff and Green Arrow respectfully request that deadlines as to Plaintiff and Green Arrow also be stayed.

Dated: January 5, 2024                                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J. Goldstein*<br>Matthew J. Goldstein<br>EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603-1824<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>mgoldstein@edcombs.com<br>courtecl@edcombs.com<br><br>*Counsel for Plaintiff* | */s/ Saba Bazzazieh*<br>Saba Bazzazieh<br>Nicole St. Germain<br>ROSETTE, LLP<br>1100 H Street, N.W., Suite 820<br>Washington, D.C. 20005<br>Phone: (202) 567-2941<br>Facsimile: (202) 525-5261<br>sbazzazieh@rosettelaw.com<br>nstgermain@rosettelaw.com<br><br>*Counsel for Specially-Appearing Defendant Green Arrow Solutions, d/b/a Green Arrow Loans* |

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Friday, January 5, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to counsel of record.

                                         _/s/Matthew J. Goldstein_
                                         Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com