Acknowledged.
JRS, DJ, 5/7/2024.

Distribution to all counsel of record via CM/ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT, on behalf of Plaintiff and the class members described herein, <br><br> Plaintiff, <br><br> v. <br><br> GREEN ARROW SOLUTIONS, d/b/a GREEN ARROW LOANS; INTEGRA FINANCIAL SERVICES, LLC; NEVADA IMPACT MANAGEMENT, LLC; DAN SHAW; GREG JONES; JOHN DOES 1-10, <br><br> Defendants. | Case No.: 1:23-cv-01786-JRS-MG <br><br> Judge James R. Sweeney II <br> Magistrate Judge Mario Garcia |

## NOTICE OF DISMISSAL

Plaintiff Sarah Rehfeldt ("Plaintiff") by and through her respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Plaintiff's individual claims against Defendants Green Arrow Solutions doing business as Green Arrow Loans; Integra Financial Services, LLC; Nevada Impact Management, LLC; Dan Shaw; and Greg Jones (collectively, "Defendants") with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER

1

       & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200